Cite as 2016 Ark. 200

# SUPREME COURT OF ARKANSAS

**No.** D-16-354

| | |
|---|---|
| IN RE: MICHAEL K. REDD<br>ARK. BAR NO. 87141 | **Opinion Delivered** May 5, 2016<br><br>PETITION TO SURRENDER<br>ARKANSAS LAW LICENSE<br><br><br>PETITION GRANTED. |

## PER CURIAM

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of disciplinary proceedings, of the license of Michael K. Redd of Fort Smith, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice, filed with this court on April 20, 2016, Mr. Redd acknowledges that he converted more than $100,000 of his law firm's funds. Mr. Redd states that he wishes to avoid the expense, stress, and publicity of further addressing his misconduct.

The name of Michael K. Redd shall be removed from the registry of attorneys licensed by the State of Arkansas, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.